# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al., *Plaintiffs* v. DEBRA A. HAALAND, et al., *Defendants*. | Case No.   23-cv-00604 **DECLARATION OF GEORGE TORGUN IN SUPPORT OF MOTION FOR PERMISSION TO APPEAR *PRO HAC VICE*** |

I, GEORGE TORGUN, declare and state as follows:

1. My name is George Torgun.

2. My office address and telephone number are:

    Earthjustice
    50 California St., Suite 500
    San Francisco, CA 94111
    (415) 217-2000

3. I am a member in good standing and am eligible to practice in the following courts:

| Court | Admission Date |
|---|---|
| California State Bar (CA Bar 222085) | December 2, 2002 |
| N. District of California | September 28, 2004 |
| E. District of California | September 15, 2004 |
| C. District of California | July 31, 2013 |
| 9th Circuit Court of Appeals | May 20, 2005 |
| 10th Circuit Court of Appeals | August 2, 2016 |
| D.C. Circuit Court of Appeals | April 15, 2009 |
| U.S. Supreme Court | July 25, 2011 |

4. I have not been suspended, disbarred, or disciplined in any bar.

5. I have not been admitted *pro hac vice* in this court within the last two years.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of March, 2023, at San Francisco, California.

*George Torgun*
_____
George Torgun

2