AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| HEALTHY GULF, et al., <br> *Plaintiff* <br> v. <br> DEBRA A. HAALAND, et al., <br> *Defendant* | ) <br> ) <br> ) Case No. 1:23-cv-00604-APM <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chevron U.S.A. Inc.

Date: 04/25/2023

/s/ Sarah C. Bordelon
*Attorney's signature*

Sarah C. Bordelon (D.C. Bar 987135)
*Printed name and bar number*

Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
*Address*

scbordelon@hollandhart.com
*E-mail address*

(775) 327-3000
*Telephone number*

(775) 786-6179
*FAX number*