UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al.<br><br>                    *Plaintiffs*,<br><br>v.<br><br>DEBRA A. HAALAND, et al.<br><br>                    *Defendants*. | Civil Action No. 23-cv-00604-APM |

**FEDERAL DEFENDANTS' RESPONSE TO AMERICAN PETROLEUM INSTITUTE'S MOTION FOR LEAVE TO INTERVENE**

Federal Defendants hereby respond to the American Petroleum Institute's ("API") motion for leave to intervene, ECF No. 40.  Federal Defendants take no position on API's intervention.

Respectfully submitted this 4th day of May, 2023,

                                      TODD KIM
                                      Assistant Attorney General
                                      Environmental & Natural Resource Division

                                      /s/ *Luther L. Hajek*

                                      Senior Attorney
                                      United States Department of Justice
                                      Environment and Natural Resources Division
                                      999 18th St.
                                      South Terrace – Suite 370
                                      Denver, CO 80202
                                      Tel: 303-844-1376 / Fax: 303-844-1350
                                      E-mail: luke.hajek@usdoj.gov

/s/ *Alexis G. Romero*

Trial Attorney (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division
Natural Resource Section
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
E-mail: alexis.romero@usdoj.gov

*Attorneys for Federal Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2023, I filed the above pleading with the Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ Luther L. Hajek
Luther L. Hajek
