# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al., *Plaintiffs,* v. DEBRA A. HAALAND, et al., *Defendants.* | Case No. 1:23-cv-00604-APM |

## ORDER GRANTING BRIEFING SCHEDULE

Having considered the Parties' Joint Status Report and Proposed Briefing Schedule, the Court hereby GRANTS the requested briefing schedule as follows:

| | |
|---|---|
| May 15, 2023 | Defendants' response to the complaint; |
| June 5, 2023 | Defendants serve the administrative record and file index; |
| June 20, 2023 | Deadline for any motions challenging the completeness of the administrative record; |
| If Plaintiffs contend that the administrative record is incomplete, the Parties will confer to attempt to resolve the dispute. If Plaintiffs file a motion regarding the record, the summary judgment schedule below shall not apply. The Parties will confer and propose a revised summary judgment schedule after the record issues have been resolved. If no motions regarding the record are filed, the Parties will brief summary judgment according to the schedule below. | |
| June 20, 2023 | Plaintiffs' motion for summary judgment; |
| August 7, 2023 | Defendants' combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment; |
| August 14, 2023 | Proposed Defendant-Intervenors' combined oppositions to Plaintiffs' motion for summary judgment and cross-motions for summary judgment; |

| September 1, 2023 | Plaintiffs' combined opposition to Defendants' and Proposed Defendant-Intervenors' cross-motions for summary judgment and reply in support of motion for summary judgment; |
|---|---|
| September 29, 2023 | Defendants' reply in support of cross-motion for summary judgment; |
| October 6, 2023 | Proposed Defendant-Intervenors' replies in support of cross-motions for summary judgment; |
| October 13, 2023 | Plaintiffs file a joint appendix. |

The Parties' summary judgment briefs will conform to the page limits in LCvR 7 unless the Court grants permission to deviate from those limits.

If the Court rules in favor of Plaintiffs on any of their claims on summary judgment, the Parties will submit a proposed schedule for remedy briefing within seven days of the Court's summary judgment ruling.

IT IS SO ORDERED.


Dated: _____                          _____
                                                THE HONORABLE AMIT P. MEHTA
                                                UNITED STATES DISTRICT JUDGE