UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al., | Case No. 1:23-cv-00604-APM |
| *Plaintiffs,* | |
| v. | |
| DEBRA A. HAALAND, et al., | |
| *Defendants.* | |

**DECLARATION OF ROBERT WIYGUL**

I, Robert Wiygul, declare as follows:

1.      I am competent to testify to and have personal knowledge of each of the facts set forth below.  If called upon to do so, I could and would testify to these facts.

2.      I am 64 years old and have been either visiting or living on the Gulf of Mexico, from the Coastal Bend of Texas to the Florida Bight, for about 60 of those years.  I would have gotten to it sooner if I could have. Since 2004, I have lived with my family in Ocean Springs, Mississippi, on a peninsula between Biloxi Bay and Fort Bayou.  As shown below, Fort Bayou connects to Biloxi Bay, which connects to the Mississippi Sound, which transitions to the Gulf of Mexico at Dog Keys Pass[1] between Horn and Ship islands, about twelve miles offshore.

---

[1] Dog Key was a sand island about three miles long and a quarter mile wide which, until about 1931, was found in the pass between the barrier islands.  In 1926 a local entrepreneur built a resort and gambling hall on the island, and for several years there was a thriving business ferrying gamblers and merrymakers out to the island. The crowds picked the sea oats which stabilized the island, and with nothing left to hold the sand in place the island washed away.



3.      My house is about 900 feet as the crow flies from Biloxi Bay, and right on a little

bayhead swamp that runs down to Fort Bayou.  I keep a couple of boats on Fort Bayou down the

street from my house.  You can see the locations below:



I've lived in a number of different places, but this is the one where I've stuck the longest, and

that's in large part because I love spending time on the Gulf of Mexico.  But more about that in a

minute.

4.      I have been a member of Sierra Club off and on since I was a kid, and I am a

member right now. In addition to being a member I have represented the Sierra Club frequently as an outside attorney, sometimes paid and sometimes pro bono. A lot of my law practice is what can generally be called "environmental" – things like property contamination, air pollution, nuisance, and the like. A lot of the work I've done with the Sierra Club was focused on cleaning up energy generation, trying to help transition our economy to renewable energy sources, and maybe help avert the most damaging effects of climate change.

5.      Sierra Club is an organization committed to protecting natural resources through numerous means, including litigation and public outreach. The organization works to empower and educate people directly affected by environmental harms, including those harms caused by oil and gas leasing, drilling and production in the Gulf of Mexico. It's not a big challenge to find people who have been damaged by the oil and gas industry in the Gulf. From the indigenous people south of Houma, Louisiana who have been forced off their ancestral lands by land loss, to the fishermen and tourism businesses that got hammered by the BP Deepwater Horizon oil spill, there are plenty. The Sierra Club is working to protect and conserve the health and livelihood of coastal communities like mine. To do this Sierra Club works for the protection and restoration of the natural resources of the Gulf, which is everything from the mundane pop-eye mullet to the rare and critically endangered, Rice's whale. So this lawsuit challenging Lease Sale 259 is exactly the kind of thing that is in the Sierra Club's mission, and that as a member I expect it to be doing to protect me.

6.      I am also a member of Healthy Gulf; in fact, I was one of the founders of the organization back in the mid-1990's and have served as a board member. Healthy Gulf's mission has always included protecting citizens like me and my family from the risks and consequences of oil and gas leasing and drilling in the Gulf of Mexico.

3

7.     This is a declaration to demonstrate to the Court that I would have Article III standing to bring this suit if I brought it as an individual.  The Court will be the one that decides the applicable rule of law to judge whether I have done that, but I think it makes sense for me to lay out what I understand the Court is supposed to be looking for under the applicable precedents.  I am familiar with the law from my own work on cases like this one.

8.     The first consideration is whether I have identified a concrete injury to myself that will flow from the challenged conduct, and whether there's a substantial risk that the harm will occur.  *E.g., Susan B. Anthony List v. Driehaus*, 134 S. Ct. 2334, 2341 (2014).  So, let's start with the concrete injury.

9.     One of my concrete injuries has to do with fishing.  It would be wrong to say that I am obsessed with fishing, but it would not be very wrong.  Like a lot of people who grew up down south, I have been fishing since I was a kid.  These days I fish on Fort Bayou and the Mississippi Sound (that is, the area inside Mississippi's offshore barrier islands) at least weekly, and on the Gulf of Mexico at least monthly when weather conditions permit.  For the last thirty-five years or so I have also been going to the federal Outer Continental Shelf in the Gulf of Mexico to fish whenever I can, which in the past four years has been an average of once yearly.

10.    The courts frequently look at a party's geographical relationship with a place in relation to injury and standing.  Going back to the late 1980's, when I was living in New Orleans, I fished a lot out of Delacroix, Louisiana (famously mentioned in Bob Dylan's song *Tangled Up in Blue*) and Cocodrie, Louisiana.  I kept a boat down in Delacroix, and my buddy Walter Stuart kept one in Cocodrie.  Cocodrie is all the way at the end of Bayou Grand Caillou in Terrebonne Parish, south and west of New Orleans, and it is a short run out to the deep water on the OCS from there.  We fished for red snapper, redfish, black drum, cobia, and triggerfish for

the most part.  We also fished for whatever else was out there, including yellowfin tuna, amberjack and dolphin but frankly were not that successful with those.  Even during the six years I lived with my family in Colorado, when I was largely relegated to the more ethereal practice of fly fishing the Rocky Mountain streams for trout, I would come back down to fish out of Cocodrie whenever I could. While fishing out of Cocodrie I saw oil slicks coming from OCS production platforms, apparently abandoned and rusting pipes and equipment, and suffered the noise of compressors and sirens instead of the sounds of Gulf.  Actually, I saw this wherever I fished in coastal Louisiana.  I also directly observed the devastation that oil and gas infrastructure contributed to in the coastal marsh of Louisiana.  Pipeline canals, many carrying OCS production, were and are a significant cause of land loss in Louisiana's magnificent coastal marsh.  Over in Lafitte, just west of the Mississippi, where we kept the boat in the winter for the duck hunting, there are places I knew well in the early 1990s that are unrecognizable now due to land loss.  The land loss in coastal Louisiana is directly tied to oil and gas infrastructure including that associated with the OCS, not to mention sea level rise tied to climate change. Khalil, et al, *Ecosystem Restoration in Louisiana – a decade after the Deep Water Horizon Oil Spill* (2020).  The sights and sounds of production platforms and infrastructure, and the damage done to the coastal marsh, was very painful for me to see.  It still is, since I still go over to Lafitte several times a year to fish.  I keep hoping that the damage will slow down, or reverse, but that has never happened.

11.     After we moved back to the Gulf Coast from Colorado in 2001, I continued saltwater fishing, and going out to the OCS (and in many other cases in the areas directly adjacent to the OCS) whenever I could.

12.     I am aware of the cases, for example *Lujan v. Defenders of Wildlife*, holding that

5

an intent to visit an area at some indefinite point in the future, where the ability to observe an endangered animal might be impaired, isn't sufficiently "imminent" to support Article III standing.  However, the ability to go offshore and fish is by its nature indefinite: it takes the right combination of weather conditions and freedom from the demands of earning a living, taking care of aging parents and the like.  Throw into that mix that some of the places I could fish out of – like Lafitte  – were pummeled by Category 4 Hurricane Ida in 2021, and made inaccessible for some months. My own hometown of Ocean Springs, MS was hit with about six feet of storm surge and tropical storm winds. The scientific consensus is strong that climate change, linked to fossil fuel extraction and use, is contributing to the rapid intensification of hurricanes, and adding to the precipitation that comes from them.  There is no telling when launches and other infrastructure will be back in place, but when they are I will be using them to fish on the OCS.

13.    The last time I was way way out on the OCS was August 6, 2021.  We ran out to the Main Pass lease blocks, specifically Main Pass 185 and the area east of the mouth of the Mississippi.  This trip was looking for amberjack, triggerfish, red snapper, and whatever else we could run across.  We struck out on the amberjack, but caught some nice red snapper, mangrove snapper, and a couple of very nice grouper. Nonetheless, the sight and sound of the oil and gas production rigs distinctly diminished my enjoyment of the trip.   I try as hard as I can to avoid fishing around oil and gas platforms but it is already difficult to do so as they are all over the areas where the fish are. The wide open leasing that the BOEM is proposing now in Lease Sale 259 would open up even areas where there aren't any rigs to drilling platforms, pipelines and everything that goes with them.  The prospect of even more of them appearing in the few areas where I still can find open water and experience fishing away from heavy industry harms me in a very concrete way.

14.    Weather and schedules kept me entirely off the OCS itself in 2022 (although certainly not off the barrier islands directly adjacent to the OCS and the marine and estuarine systems connected to the OCS). It would be incorrect to state to the court that I am going out on a specific date in the next couple of months, when that date depends on several different factors, but the Court may be sure I am going back out onto the federal OCS.

15.    Of course, from an ecosystem perspective the line between the federal OCS and the adjacent state waters is entirely notional. The barrier islands about twelve miles off the coast of Mississippi—Petit Bois, Horn, Ship, Cat, and the Chandeleur chain—are almost all public lands.  Petit Bois, Horn, Ship and part of Cat are units of the Gulf Islands National Seashore, and mostly managed as wilderness. Going out to these islands is a family tradition.  The picture below was taken by my father in the mid-1960's, when he used to go out to a camp on the Chandeleur chain. Although this camp was obviously held together with duct tape and bad decisions, he passed on a love of the barrier islands.



16.    I get out to the barrier islands at least six times a year, frequently more. When our daughters were growing up, we spent many family camping trips on Horn Island, making s'mores, telling ghost stories around driftwood campfires, battling mosquitoes, getting sunburned, and making memories.  These days I generally get out to Horn to fish, although sometimes I take kids from church, painters or friends out there for the landscape and swimming. Around Horn we fish for redfish, speckled trout, black drum, cobia, king mackerel, jack crevalle, Spanish mackerel, pompano, and bluefish.  We don't try to catch ladyfish, small sharks or the small jacks called hardtails, but we do inevitably catch them because they are common and highly aggressive.   On March 11 2023, I was out at Ship Island fishing.  We tried to get out to the fish havens on the OCS but the 1–2 foot seas predicted were more like 2–4 foot seas, so we couldn't make it.  However, we did get to see bottlenose dolphin (which were grossly and adversely affected by the 2010 BP oil spill) and all the avian life of the island. I was also out at Dog Keys Pass sailing on an insanely fast Corsair 28 trimaran on April 2, 2023.  As of the date I am writing this declaration, I will be taking visitors out to Horn Island to fish on Friday, June 16, 2023.

17.    Of course, catching fish isn't the only great thing about being out on the Gulf, whether on the OCS or close to the barrier islands.  We see bottlenose dolphins, schools of baitfish, sea turtles, big rays, you name it.  We also know that in the areas that we usually catch fish, the bottom is an amazing assemblage of all sorts of small and large creatures. There are all sorts of birds, some like the frigate bird that we don't see often along the shore. There is always the chance of seeing one of the resident whales of the Gulf of Mexico, such as the Rice's whale. I have never seen one but that is one of my goals. OCS lease sales lead directly to the seismic activity, drilling, industrial activity, pipelines, and other activities that put all of these resources

at risk.

18.    I spent a lot of time both personally and professionally over about 7 years dealing with the 2010 Deepwater Horizon oil spill.  My law firm represented a thousand or so fishermen, business owners, property owners, and injured people in the aftermath of the spill.  Among other things we represented a trust with beneficiaries that included the Catholic Diocese of New Orleans, the City of New Orleans and others.  This trust owns about 35,000 acres of property adjacent to Port Fourchon, Louisiana, including the Caminada Headland. This was one of the areas that experienced extremely heavy oiling in the BP spill.  I was down there almost weekly in the immediate aftermath of the spill and during the extended cleanup period.  Most of the oil from the spill made its way to the coast as an emulsion or "mousse." I saw first-hand the way the oil worked its way into the marsh, into root channels, and then just stayed put.  In other places wave action buried it in the beach.  The work done by Dr. John Pardue and his students at Louisiana State University demonstrated that when the heavy fractions of oil get into these environments, they can break down very slowly.  I have observed this myself out on Horn Island, where for years small aggregates of weathered oil and sand were common.  I was out on the barrier islands off Mississippi in the aftermath of the spill as well.  The oil even made its way to Front Beach in Ocean Springs, about 1800 feet from my house. I could smell it on the beaches in town.  I saw at first hand the disruption and economic hardship it caused everybody, especially the families that relied on fishing—commercial and subsistence—and tourism.  The effects were extremely far-reaching.  People did things like quit going to the dentist for a couple of months because they didn't know if the well was going to be capped or if they would be able to continue their businesses. I am familiar with the couple of cases stating that someone who goes looking for oil spills as part of their job cannot claim any aesthetic injury because "standing cannot be

conferred by a self-inflicted injury." However, I cannot ignore the shocking things that I saw during that dark time for the Gulf Coast, some while working and some not, and my personal knowledge of this is quite relevant to whether the fact of OCS oil and gas development, and indeed the leasing that enables it, causes me an injury in the recreational, aesthetic, and spiritual sphere. It is buttressed by the social science research sponsored by BOEM itself, which concludes that there was serious and widespread sociocultural harm from the Deepwater Horizon spill.[2]

19.    An important thing to understand about OCS oil and gas leasing and the resulting drilling and production is that the impacts may be felt at long distances from the lease blocks or wells themselves. The movement of fish between habitats to spawn, mature and feed are one reason that oil and gas leasing, development and production activity in the Gulf can have effects far from the actual physical situs. While it may seem an elementary observation, it is worth stating that the health of fish populations is heavily influenced by abiotic factors—water quality characteristics, temperature, and lots of others—as well as biotic factors like food availability. Some of the biggest effects occur at the early life history stage, when fish are most sensitive to changes in these different factors. A number of fish species spawn out in the Gulf, but currents carry their larvae into nearshore areas, where they then grow up and eventually move back out to spawn themselves. Some, like the red snapper, spawn on the OCS and mature on the OCS, moving among various types of hard and soft bottom habitats and prey as they mature. The red snapper has larvae that float up to the surface early on, which makes them vulnerable to things like oil spills and pollution from other discharges from drilling equipment, platforms, ships, and

---

[2] Austin, et al, *Social Effects of the Deepwater Horizon Oil Spill on Coastal Communities along the U.S. Gulf of Mexico*, BOEM (2017), https://www.boem.gov/sites/default/files/environmental-stewardship/Environmental-Studies/Gulf-of-Mexico-Region/Austin-Simms.pdf.

pipelines.

20.     The Deepwater Horizon spill had effects that were very widely distributed and included the areas offshore Mississippi and Alabama. One study, which included sites hundreds of kilometers away from the well site stated "[o]ur results indicate reef fish communities exhibited clear signs of negative impacts following the DWH with significant shifts in community structure and declines in species richness, diversity, evenness, and total fish density."[3] Specifically as to the red snapper I sometimes fish for, the research demonstrated a shift in diet following the Deepwater Horizon spill, and "clear evidence of DWH oil spill impacts to Red Snapper feeding ecology, and likely the northern Gulf food web in general."[4]  Growth rate declines in specific segments of the red snapper population declined after the spill, and scientists were unable to reject the hypothesis that the Deepwater Horizon spill resulted in these declines.[5]

21.     These are just the effects of an oil spill on the larger species. A review of studies carried out after the Deepwater Horizon spill found that "[a]cross the studies, consistency was found in the types of toxic response observed in the different organisms. Impairment of stress responses and adrenal gland function, cardiotoxicity, immune system dysfunction, disruption of blood cells and their function, effects on locomotion, and oxidative damage were observed across taxa."[6]  As another example, the Gulf menhaden is commonly referred to as "the most

[3] Justin P. Lewis et al., *Changes in Reef Fish Community Structure following the Deepwater Horizon Oil Spill*, 10 Sci. Rep. 5621 (2020).
[4] Joseph H. Tarnecki & William F. Patterson, *Changes in Red Snapper Diet and Trophic Ecology Following the Deepwater Horizon Oil Spill*, 7 Marine & Coastal Fisheries 135 (2015).
[5] Elizabeth Herdter et al., *Did the* Deepwater Horizon *oil spill affect growth of Red Snapper in the Gulf of Mexico*, 191 Fisheries Res. 60 (2017).
[6] Ryan Takeshita et al., *A review of the toxicology of oil in vertebrates: what we have learned following the* Deepwater Horizon *oil spill*, 24 J. Toxicol. Env't Health 355 (Nov 17, 2021).

important fish in the sea." Sometimes called pogies, the menhaden is a link between the very bottom and the very top of the food chain. They filter feed on plankton and tiny plants, and then are prey for other species, including some of the ones I fish for like Spanish mackerel. (They also support a large and wasteful commercial fishery). The menhaden spawn up to 60 miles offshore but the larvae are transported by currents to nearshore habitats like Biloxi Bay and Fort Bayou right there by my house, where they form a step near the base of the food chain. Anything that can affect these fish—like an oil spill or pollutant discharges—has a geographical connection to my neighborhood. This is true not just of oil spills, but also of impacts like particulate matter from OCS operations added to other sources, which will affect the Gulf Islands National Seashore.

22.    The Court may also note that the BP oil spill was just the biggest and the worst of oil spills. There have been many others large and small. In 2004 Hurricane Ivan wrecked a production platform belonging to Taylor Energy, and it leaked oil—lots of it—for the next 15 years. Hurricanes Katrina and Rita caused hundreds of spills from platforms and pipelines. According to news reports, the Coast Guard is investigating some 350 reported oil spills following Hurricane Ida. One well documented post-Ida spill is about two miles off Port Fourchon, from a ruptured pipeline. In July 2022, a spill of almost 600 barrels was reported from a broken transmission line directly offshore Mississippi.[7]

23.    The aesthetic and pollution impacts of OCS development in the Gulf of Mexico are a lot more than an "identifiable trifle," but they really pale in comparison to the impacts of climate change brought on in large part by fossil fuel usage. I have already mentioned the warming waters of the Gulf. Research from the National Oceanic and Atmospheric

---

[7] https://incidentnews.noaa.gov/incident/10489

Administration states the following:

> Warming of the surface ocean from anthropogenic (human-induced) climate change is likely fueling more powerful TCs[tropical cyclones]. The destructive power of individual TCs through flooding is amplified by rising sea level, which very likely has a substantial contribution at the global scale from anthropogenic climate change.  In addition, TC precipitation rates are projected to increase due to enhanced atmospheric moisture associated with anthropogenic global warming. The proportion of severe TCs (category 3 & 5) has increased, possibly due to anthropogenic climate change.[8]

24.    The Gulf OCS accounts for some 15% of total U.S. crude oil production, an amount that for climate change is significant in world terms and in very local terms. The lot my house is on got three feet of water in Hurricane Katrina, so anything that makes hurricanes worse directly affects me in a very concrete and specific way.

25.    An increase in sea level rise in the past few years is documented, and this is true of the coastal Gulf of Mexico.  According to researchers, the northwest Gulf, which includes me, is "home to the largest rates of relative sea level rise in the U.S. . . ."[9, 10] Specifically for me, the foot of the dock where I keep my boats stayed dry ten years ago.  Now it stays wet and muddy virtually all the time.  Areas that I fish that at one time held emergent marsh vegetation like spartina are now underwater.

26.    Climate change also affects the fish and other species that are integral to my

---

[8] NOAA, *Climate change is probably increasing the intensity of tropical cyclones*, https://www.gfdl.noaa.gov/research_highlight/climate-change-is-probably-increasing-the-intensity-of-tropical-cyclones (last visited September 15, 2021).

[9]Tissot, *Relative Sea Level Rise around the Gulf of Mexico and its Impact: from Nuisance Flooding to Large Surges*, NOAA, https://www.nauticalcharts.noaa.gov/hsrp/meetings/galveston-2016/Tissot_HSRP_March2016_Presentation.pdf (last visited September 15, 2021).

[10] Indeed, the latest science demonstrates that Gulf region sea level rise is accelerating at a rate that far exceeds the global average, either directly or indirectly caused by human activities such as fossil fuel combustion. Sonke Dangendorf et. al., *Acceleration of U.S. Southeast and Gulf coast sea-level rise amplified by internal climate variability*, 14 Nature Comm. 1 (April 10, 2023), https://www.nature.com/articles/s41467-023-37649-9.

enjoyment of the Gulf. This is true in very basic ways, not really subject to any dispute. For example, warm water holds less oxygen than cooler water. Fish may thus be forced off their usual habitat by warming water. In a partially enclosed system like the Gulf of Mexico, fish may be unable to migrate to find habitat that is more suitable. In short, there is little question that leasing and the development that ensues cause direct and indirect impacts from climate change to me personally right this minute, and will continue to do so in the future.

27.     It is important to understand that the impact to me personally from climate change driven by anthropogenic fossil fuel related emissions differs in fundamental ways from the damage to "humanity at large." I live on a coast that is threatened by the increased intensity and precipitation from tropical cyclones. I live on a coast that is experiencing sea level rise at the highest relative rate in the U.S. I see what climate change is doing to this place in very specific ways that do not exist in D.C., or Minnesota, or Taiwan.

28.     In addition, as shown above, OCS leasing, drilling and production in places very far away from my favored fishing and recreating spots has caused me very concrete injury. The blocks that have bids in this lease sale are in areas that close or closer. The blocks in blue and red on the figure below indicate blocks with bids. As you can see some are directly adjacent to Mississippi Canyon Block 253, the site of the Deepwater Horizon spill, or even closer to the barrier islands and my home.



29.    The question whether the injuries I have described above are imminent and

caused by OCS oil and gas leasing like that proposed here is answered in part by the facts of

climate change and the Deepwater Horizon oil spill.  As Mark Twain is said to have observed

when asked if he believed in infant baptism, "not only do I believe in it, I have seen it done."

However, I am aware that NEPA is a procedural statute, and that BOEM might consider the

shocking cost to me and the rest of us here on the Gulf Coast and decide to lease anyway.

---

[11] Excerpted from https://www.boem.gov/sites/default/files/documents/oil-gas-energy/leasing/Sale-259-bid-distribution.pdf

However, I am one of those people who believes that our representative system of government actually works, and that if citizens are given good information they will tell our governmental bodies what they ought to do, and those governmental bodies will do it. What I want is for the public to have the information necessary to properly evaluate this leasing proposal. Proper NEPA analysis does that and will help redress my injury. I read NEPA documents a lot, and I use the information in them to communicate with courts, agencies and elected officials like Senators. I have seen the vital role the information conveyed by NEPA documents plays in informing and empowering the public and local officials. The informational and procedural injury inflicted by shoddy NEPA analysis clearly present here for Lease Sale 259. Without a rigorous and transparent accounting of the harms caused by leasing, there is no hope that the agency would reach a different decision that would eliminate the additional harm to me and others caused by offering over 73 million acres of the Gulf for additional leasing.

26.     It also bears noting that even outside the informational and procedural context, the chain of causation from an oil and gas lease sale such as Lease Sale 259 to the concrete injuries I have suffered and will continue to suffer is a clear and definite one. Courts have referred to the Gulf of Mexico as a "hotbed of oil and gas leases." Oil and gas leases on the OCS convey the exclusive right to drill for oil, gas and other minerals within the area specified. Unlike some onshore federal leases, they are not "no surface occupancy" leases, which do not guarantee any right to drill. Once an OCS leaseholder acquires rights, then the BOEM must act if it is presented with a proper application for a drilling permit. *E.g. ENSCO Offshore Co. v. Salazar*, 781 F.Supp.2d 332, 338–39 (E.D. La. 2011). BOEM has issued many exploration and drilling permits in the past several years, and I am not aware of any that have been rejected. These permits then allow the industrial development that harms me.

16

I declare under penalty of perjury that the foregoing is true and correct.  This 19th day of June, 2023.

_____
        Robert Wiygul