IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, BAYOU CITY WATERKEEPER, FRIENDS OF THE EARTH, CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA A. HAALAND, LAURA DANIEL-DAVIS, U.S. DEPARTMENT OF THE INTERIOR, and BUREAU OF OCEAN ENERGY MANAGEMENT,<br><br>*Defendants*,<br><br>and<br><br>CHEVRON U.S.A. INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>*Intervenor-Defendants*. | No. 1:23-cv-00604-APM |

**INTERVENOR-DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Intervenor-Defendants Chevron U.S.A. Inc. and American Petroleum Institute move for summary judgment pursuant to Federal Rule of Civil Procedure 56. In support of this motion, Intervenor-Defendant Chevron U.S.A. Inc. submits the accompanying Supplemental Declaration of Trent Webre. A proposed order is also attached.

Respectfully submitted this 14th day of August, 2023,

| | |
|---|---|
| */s/ Steven J. Rosenbaum*<br>Steven J. Rosenbaum (D.C. Bar 331728)<br>Bradley K. Ervin (D.C. Bar 982559)<br>COVINGTON & BURLING, LLP<br>One CityCenter<br>850 Tenth Street N.W.<br>Washington, D.C. 20001 | */s/ Catherine E. Stetson*<br>Catherine E. Stetson (D.C. Bar 453221)<br>Sean Marotta (D.C. Bar 1006494)<br>Dana A. Raphael (D.C. Bar 1741559)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004 |

Phone:  (202) 662-6000
Fax:  (202) 662-6291
srosenbaum@cov.com

*Counsel for American Petroleum Institute*

(202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar 492008)
Ashley C. Parrish (D.C. Bar 464683)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 737-0500
njindal@kslaw.com
aparrish@kslaw.com

Nicole Bronnimann (D.D.C. No. TX0044)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
(713) 751-3200
nbronnimann@kslaw.com

Sarah C. Bordelon (D.C. Bar 987135)
HOLLAND & HART LLP
5441 Kietzke Lane, Suite 200
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Tina Van Bockern (D.D.C. No. CO0100)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
(303) 295-8107
trvanbockern@hollandhart.com

*Counsel for Chevron U.S.A. Inc.*