# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBRA A. HAALAND, et al.<br><br>*Defendants*,<br><br>and<br><br>CHEVRON USA;<br>AMERICAN PETROLEUM INST.,<br><br>*Defendant-Intervenors.* | Case No. 23-cv-00604-APM |

## ORDER

Upon consideration of Federal Defendants' Unopposed Motion for an Extension of Time to File a Reply in Support of Their Summary Judgment Motion, and finding good cause to grant the motion, the motion is GRANTED. It is further ordered that the remaining summary judgment briefing shall proceed as follows:

| | |
|---|---|
| Federal Defendants file reply in support of their motion for Summary judgment | October 20, 2023 |
| Intervenor-Defendants file reply in support of their motion for summary judgment | October 27, 2023 |
| Plaintiffs file joint appendix | November 10, 2023 |

IT IS SO ORDERED.

1

Dated: _____                              _____
                                                    THE HONORABLE AMIT P. MEHTA
                                                    UNITED STATES DISTRICT JUDGE