UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al.,<br><br>       *Plaintiffs,*<br><br>    v.<br><br>DEBRA A. HAALAND, et al.,<br><br>       *Defendants,*<br><br>CHEVRON U.S.A. INC., and AMERICAN PETROLEUM INSTITUTE,<br><br>       *Intervenor-Defendants.* | Case No. 1:23-cv-00604-APM |

**JOINT PROPOSED REMEDY BRIEFING SCHEDULE**

Pursuant to the parties' prior agreement and this Court's Orders, Dkt. Nos. 46, 81, the parties hereby propose the following schedule for briefing remedy in this action. The parties' opening briefs on remedy shall be filed by May 9, 2025. The parties' response briefs on remedy shall be filed by May 30, 2025. All briefs shall not exceed 15 pages in length.

A proposed order reflecting the parties' proposed schedule is attached hereto. Respectfully submitted this 3rd day of April, 2025.

                                            */s/ George Torgun*
                                            George Torgun (*pro hac vice*)
                                            EARTHJUSTICE
                                            50 California St., Suite 500
                                            San Francisco, CA 94111
                                            415-217-2000 Telephone
                                            415-217-2040 Fax
                                            gtorgun@earthjustice.org

Jan E. Hasselman (DC Bar No. WA0029)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Bayou City Waterkeeper, Friends of the Earth, and Center for Biological Diversity*

 /s/ Thomas Zimpleman
Thomas Zimpleman (DC Bar No. 1049141)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St., Suite 300
Washington, DC 20005
202-513-6244 Telephone
tzimpleman@nrdc.org

Julia K. Forgie (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second St.
Santa Monica, CA 90401
310-434-2351 Telephone
jforgie@nrdc.org

Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st Floor
San Francisco, CA 94104
415-875-6187 Telephone
igutierrez@nrdc.org

*Attorneys for Plaintiff Natural Resources Defense Council*

/s/ Devorah Ancel
Devorah Ancel (*pro hac vice*)
SIERRA CLUB
PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*

/s/ Luther L. Hajek
Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
E-mail: luke.hajek@usdoj.gov

/s/ Alexis G. Romero
Trial Attorney (D.C. Bar: 90006907)
United States Department of Justice
Environment & Natural Resources Division
Natural Resource Section
P.O. Box 7611,
Washington, DC 20044-7611
Tel: 203-353-5885
E-mail: alexis.romero@usdoj.gov

*Attorneys for Federal Defendants*


/s/ Steven J. Rosenbaum
Steven J. Rosenbaum (D.C. Bar 331728)
Bradley K. Ervin (D.C. Bar 982559)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Counsel for American Petroleum Institute*

/s/ Sean Marotta
Catherine E. Stetson (D.C. Bar 453221)
Sean Marotta (D.C. Bar 1006494)
Dana A. Raphael (D.C. Bar 1741559)
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5491
cate.stetson@hoganlovells.com
sean.marotta@hoganlovells.com
dana.raphael@hoganlovells.com

Nikesh Jindal (D.C. Bar 492008)
Ashley C. Parrish (D.C. Bar 464683)
KING & SPALDING LLP
1700 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 737-0500
njindal@kslaw.com
aparrish@kslaw.com

Nicole Bronnimann (D.D.C. No. TX0044)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
(713) 751-3200
nbronnimann@kslaw.com

Sarah C. Bordelon (D.C. Bar 987135)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
(775) 327-3011
scbordelon@hollandhart.com

Tina Van Bockern (D.D.C. No. CO0100)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
(303) 295-8107
trvanbockern@hollandhart.com

*Counsel for Chevron U.S.A. Inc.*