**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HEALTHY GULF, et al. | Case No. 23-cv-00604-APM |
| *Plaintiffs*, | **FEDERAL DEFENDANTS' NOTICE REGARDING PENDING EXPLORATION PLANS AND DEVELOPMENT PLANS** |
| v. | |
| DOUGLAS BURGUM, et al. | |
| *Defendants,* | |
| and | |
| CHEVRON USA; AMERICAN PETROLEUM INST., | |
| *Defendant-Intervenors*. | |

Federal Defendants Douglas Burgum, Secretary of the Interior, *et al.*, hereby respectfully submit this notice regarding pending applications for exploration plans and development and production plans submitted under leases issued as a result of Gulf of America Lease Sale 259, which is the subject of this case. The Court issued a summary judgment opinion in this case in March, ECF No. 81, and the parties proceeded to remedy briefing. Plaintiffs have requested that the Court enjoin the Bureau of Ocean Energy Management ("BOEM") from approving exploration plans or development and production plans while BOEM addresses the National Environmental Policy Act ("NEPA") deficiencies identified by the Court. *See* Pls.' Opening Br. on Remedy at 7-10, ECF No. 85. Defendants have opposed that requested relief. *See generally* Fed. Defs.' Response Br. Regarding Remedy, ECF No. 90. The remedy briefing was completed on June 6, 2025, but the Court has not yet issued a remedy, and there is no injunction restraining BOEM's management of the leases in question.

1

As noted in Defendants' briefing, there are multiple pending approval requests for exploration plans and development and production plans.  *See* Decl. of Bernadette Thomas ¶¶ 5-6, ECF No. 84-1; Second Decl. of Bernadette Thomas ¶¶ 3-5.  BOEM has thus far voluntarily refrained from authorizing pending plans for exploration or development and production while the remedy issue is pending before the Court, but delayed authorizations can become and are becoming burdensome to the affected lessees.  BOEM therefore gives notice that it will begin acting on pending plans imminently.

Defendants separately provide notice that BOEM has completed a new Environmental Impact Statement for the Gulf of America Regional Outer Continental Shelf Oil and Gas Lease Sales and Post-Lease Activities. *Gulf of America Regional Outer Continental Shelf (OCS) Oil and Gas Lease Sales and Post-Lease Activities: Final Programmatic Environmental Impact Statement* (2025); available at https://www.boem.gov/environment/environmental-assessment/gulf-america-regional-ocs-oil-and-gas-programmatic.  The notice of availability for that NEPA document will publish in the Federal Register on August 29.

Respectfully submitted this 27th day of August 2025,

> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
> Environmental & Natural Resource Division
>
>
> LUTHER L. HAJEK
> Trial Attorney
> United States Department of Justice
> Environment and Natural Resources Division
> 999 18th St., North Terrace, Suite 600
> Denver, CO 80202
> Tel: 303-844-1376 / Fax: 303-844-1350
> E-mail: luke.hajek@usdoj.gov
>
> */s/ Michael S. Sawyer*
> MICHAEL S. SAWYER
> Senior Attorney, Natural Resources Section

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:     (202)-514-5273
Fax:             (202) 305-0506
Email: michael.sawyer@usdoj.gov

*Attorneys for Federal Defendants.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ___th day of August 2025, I filed the above pleading with the

Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ *Luther L. Hajek*
Luther L. Hajek