# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEALTHY GULF, et al. | Case No. 23-cv-00604-APM |
| *Plaintiffs*, | **FEDERAL DEFENDANTS' NOTICE REGARDING THE ISSUANCE OF A RECORD OF DECISION FOR LEASE SALE 259** |
| v. | |
| DOUGLAS BURGUM, et al. | |
| *Defendants,* | |
| and | |
| CHEVRON USA; AMERICAN PETROLEUM INST., | |
| *Defendant-Intervenors*. | |

On March 27, 2025, the Court granted summary judgment to Plaintiffs Healthy Gulf *et al.* on some of their National Environmental Policy Act ("NEPA") claims challenging the U.S. Bureau of Ocean Energy Management's ("BOEM") decision authorizing offshore oil and gas Lease Sale 259 in the Gulf of America. *See* Mem. Op. and Order ("Summ. J. Op."), Dkt. No. 81. The parties then submitted remedy briefing. Federal Defendants argued that BOEM's leasing decision should be remanded without vacatur, *see* Fed. Defs.' Remedy Brief, Dkt. No. 84, and Plaintiffs argued that BOEM's Final Supplemental Environmental Impact Statement for Lease Sales 259 and 261 should be vacated and the leases that were sold at Lease Sale 259 should be partially vacated. *See* Pls.' Opening Brief on Remedy, Dkt. No. 85. The remedy briefing was completed on June 6, 2025, and the Court has not yet issued a ruling. Last August, Federal Defendants provided notice that BOEM would make decisions regarding pending exploration

and development plans and that BOEM had completed a new programmatic environmental impact statement for oil and gas activities in the Gulf.  *See* Gulf of America Regional Outer Continental Shelf Oil and Gas Lease Sale and Post-Lease Activities: Final Programmatic Environmental Impact Statement (August 2025) ("2025 Programmatic EIS").[1]  *See* Fed. Defs.' Notice Regarding Pending Exploration Plans and Development Plans, Dkt. No. 94.

On February 25, 2026, BOEM issued a new Record of Decision to Reaffirm Decisions for Gulf of Mexico Outer Continental Shelf Oil and Gas Lease Sales 259 and 261 ("2026 ROD").  *See* Gulf of America, Outer Continental Shelf, Record of Decision to Reaffirm Decisions for Gulf of America Outer Continental Shelf Lease Sales 259 and 261 and Gulf of America Regional OCS Oil and Gas Lease Sales and Post-Lease Activities: Final Environmental Impact Statement, 91 Fed. Reg. 9296 (Feb. 25, 2026).  BOEM's decision to affirm Lease Sales 259 relies on the 2025 Programmatic EIS, as well as prior NEPA analyses, the most recently available analyses from the Energy Information Administration, and the National Marine Fisheries Service's 2025 Biological Opinion.  2025 ROD at 5-13.  Through its additional analysis, BOEM has addressed the issues identified by the Court in its summary judgment opinion, *i.e.*, the analysis of potential impacts to the Rice's whale and greenhouse gas emissions. *See* Summ. J. Op. at 25-33, 35-41.  Given that BOEM has completed an additional NEPA analysis and reached a new decision, the remedy proceedings are now moot.  No further proceedings in this case are necessary, and the Court may terminate the case.

Respectfully submitted this 2nd day March 2026,

> ADAM R.F. GUSTAFSON
> Principal Deputy Assistant Attorney General
> Environmental & Natural Resource Division

---

[1] The 2025 Programmatic EIS is available at: https://www.boem.gov/environment/environmental-assessment/gulf-america-regional-ocs-oil-and-gas-programmatic (last visited Feb. 24, 2026).

/s/ *Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th St., North Terrace, Suite 600
Denver, CO 80202
Tel: 303-241-0826 / Fax: 303-844-1350
E-mail: luke.hajek@usdoj.gov

MICHAEL S. SAWYER
Senior Attorney, Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202)-514-5273 (Sawyer)
Fax: (202) 305-0506
Email: michael.sawyer@usdoj.gov

*Attorneys for Federal Defendants.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March 2026, I filed the above pleading with the

Court's CM/ECF system, which provided notice of this filing by e-mail to all counsel of record.

/s/ *Luther L. Hajek*
Luther L. Hajek