**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

HEALTHY GULF, et al.,

                              *Plaintiffs,*

         v.

DOUGLAS BURGUM, et al.,

                              *Defendants,*

         and

CHEVRON U.S.A. INC. and AMERICAN
PETROLEUM INSTITUTE,

                              *Intervenor-Defendants.*

Case No. 1:23-cv-00604-APM

**PLAINTIFFS' RESPONSE TO FEDERAL DEFENDANTS' NOTICE REGARDING THE
ISSUANCE OF A RECORD OF DECISION FOR LEASE SALE 259**

On March 2, 2026, Federal Defendants filed a notice with this Court stating that the U.S. Bureau of Ocean Energy Management (the "Bureau") had issued a new Record of Decision to reaffirm its decision to approve Lease Sale 259, the action at issue in this case. Dkt. 95. The Bureau claims that this Record of Decision relies on several documents not before this Court, including the August 2025 Gulf of America Regional Outer Continental Shelf Oil and Gas Lease Sale and Post-Lease Activities: Final Programmatic Environmental Impact Statement ("2025 Programmatic EIS"), "the most recently available analyses from the Energy Information Administration," and a 2025 biological opinion issued by the National Marine Fisheries Service, as well as "prior NEPA analyses." *Id*. at 2. Based on these documents, the Bureau claims to have addressed the issues identified by the Court in its summary judgment order, and states that the

1

remedy proceedings are now moot and the Court "may terminate the case." *Id*.

Plaintiffs fundamentally disagree with these assertions and the Bureau's attempt to deny Plaintiffs an appropriate remedy for its legal violations through the filing of a 2-page notice. As an initial matter, Plaintiffs dispute that the 2025 Programmatic EIS properly addressed the findings in the Court's summary judgment order. While it acknowledges recent scientific literature showing that Rice's whales inhabit the western and central Gulf, the Programmatic EIS fails to analyze the increased risk to the whale because of oil and gas activities in those regions. Additionally, the Programmatic EIS uses laws and policies in place as of 2022 to conduct its greenhouse gas emissions analysis and remains out of date. Moreover, the December 2024 draft of the 2025 Programmatic EIS did not discuss Lease Sale 259 or this Court's summary judgment decision, and thus Plaintiffs were never afforded an opportunity to comment on the Bureau's alleged fix for these issues. For the other "additional analyses" referenced by the Bureau, the notice provides no detail about how these documents allegedly addressed this Court's summary judgment decision.

For these reasons, the Court should proceed with the issuance of an appropriate remedy based on the extensive briefing already submitted by the parties. If the Court is inclined to consider the supplemental documents referenced by the Bureau, Plaintiffs request an opportunity to properly brief these issues.

Respectfully submitted this 6th day of March 2026.

/s/ George Torgun
George Torgun (*pro hac vice*)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
gtorgun@earthjustice.org

Jan E. Hasselman (DC Bar No. WA0029)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
415-217-2040 Fax
jhasselman@earthjustice.org

*Attorneys for Plaintiffs Healthy Gulf, Bayou City Waterkeeper, Friends of the Earth, and Center for Biological Diversity*

 /s/ Kristen Monsell
Kristen Monsell (DC Bar No. CA00060)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
510-844-7137 Telephone
510-844-7150 Fax
kmonsell@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

 /s/ Thomas Zimpleman
Thomas Zimpleman (DC Bar No. 1049141)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St., Suite 300
Washington, DC 20005
202-513-6244 Telephone
tzimpleman@nrdc.org

Julia K. Forgie (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second St.
Santa Monica, CA 90401
310-434-2351 Telephone
jforgie@nrdc.org

Irene Gutierrez (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St., 21st Floor
San Francisco, CA 94104
415-875-6187 Telephone
igutierrez@nrdc.org

3

*Attorneys for Plaintiff Natural Resources Defense Council*

/s/ Devorah Ancel
Devorah Ancel (*pro hac vice*)
SIERRA CLUB
PO Box 4998
Austin, TX 78765
415-845-7847 Telephone
303-449-6520 Fax
devorah.ancel@sierraclub.org

*Attorney for Plaintiff Sierra Club*

4