**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HEALTHY GULF,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DOUG BURGUM,** *in his official capacity as* *Secretary of the Interior*, *et al.*, <br><br> **Defendants,** <br><br> **and** <br><br> **CHEVRON U.S.A. INC. and AMERICAN** **PETROLEUM INSTITUTE,** <br><br> **Intervenor-Defendants.** | Case No. 23-cv-00604 (APM) |

## ORDER TO SHOW CAUSE

Plaintiffs shall show cause by April 27, 2026, why this matter should not be dismissed as moot as a result of the Bureau of Ocean Energy Management's (BOEM) issuance of Record of Decision to Reaffirm Decisions for Gulf of Mexico Outer Continental Shelf Oil and Gas Lease Sales 259 and 261 ("2026 ROD").  BOEM, Record of Decision (Feb. 19, 2026), https://perma.cc/H572-LAHQ.

The 2026 ROD purports to address the two errors the court found BOEM to have committed when approving Lease Sale 259.  As to the first error, the court held that in evaluating greenhouse gas emissions BOEM "did not adequately examine laws and policies postdating the 2020 AEO reference case or satisfactorily explain why it could not do so." *Healthy Gulf v. Burgum*, 775 F. Supp. 3d 455, 483 (D.D.C. 2025).  The 2026 ROD updates the greenhouse gas emissions

impacts analysis by using the AEO 2023 reference case.  2026 ROD at 6–7.  And as to the second error, the court found that BOEM had erred by not responding to comments concerning a National Marine Fisheries Service (NMFS) assessment of the Rice's whale's habitat range.  *Healthy Gulf*, 775 F. Supp. 3d at 485–88.  The 2026 ROD relies on a NMFS 2025 biological opinion about the Rice's whale's habitat range.  2026 ROD at 8–9 (citing to NMFS, 2025 Biological and Conference Opinion (May 20, 2025), https://perma.cc/A74M-YUYR).  That opinion "supersedes and replaces the 2020 NMFS" biological opinion.  *Id.* at 12.

In view of these updated assessments and BOEM's reaffirmation of Lease Sale 259 in the 2026 ROD, Plaintiffs shall show cause why this matter should not be dismissed as moot.  *See Theodore Roosevelt Conservation P'ship v. Salazar*, 661 F.3d 66, 78–79 (D.C. Cir. 2011); *Blue Water Baltimore v. Pruitt*, 266 F. Supp. 3d 174, 179 (D.D.C. 2017), amended by 293 F. Supp. 3d 1, 2 (D.D.C. 2017).  Plaintiffs' response shall be limited to no more than 10 double-spaced pages.

Dated:  April 20, 2026

Amit P. Mehta
United States District Judge